| | |
|---|---|
| IVAN OJEDA and JOSE RODRIGUEZ-ORTIZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>LOUIS BERGER GROUP (DOMESTIC), INC.; KENNETT CONSULTING, LLC, KALLBERG INDUSTRIES, LLC, BLUESOURCE, LLC, AUTOMATED CONTROLS AND POWER LLC/ACP LLC, H.P. SERVICES, CORP., ABLE INNOVATIONS INC. d/b/a HELSEL'S AUTOMOTIVE, SUN COAST RESOURCES, INC., LMD AND ASSC., LLC, and DK&J ENTERPRISES, INC.,<br><br>                    Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 2:18-CV-17233(KM) (JBC) |

**REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATIONS**

Request is hereby made by Robert A. Peal, Esq., counsel for Defendant Kennett Consulting, LLC in the above-captioned matter, to withdraw from electronic notifications in the within case, and it is presented that by Order dated April 12, 2021, this matter was severed as to Defendant Kennett Consulting, LLC and the claim against that party was transferred to the United States District Court for the Southern District of Florida.

Dated: August 20, 2021

                                        Respectfully submitted:

                                        s/Robert A. Peal
                                        Robert A. Peal *(Admitted pro hac vice)*
                                        Sims|Funk, PLC
                                        3322 West End Ave., Suite 200
                                        Nashville, Tennessee 37203
                                        rpeal@simsfunk.com

                                        *Attorneys for Defendant*
                                        *Kennett Consulting, LLC*

02557225