UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVAN OJEDA, JOSE RODRIGUEZ-ORTIZ, EDUARDO RIVAS FERNANDEZ, JUAN GERENA, IVAN BURGOS-TORRES, EFRAIN HERNANDEZ-ADORNO, AND MIGUEL MILLET-MORALES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>**Plaintiffs,**<br><br>v.<br><br>**LOUIS BERGER GROUP (DOMESTIC), INC., AUTOMATED CONTROLS AND POWER LLC/ACP LLC, SUN COAST RESOURCES, INC., AND DK&J ENTERPRISES, INC.,**<br><br>**Defendants.** | Civ. No. 18-17233 (KM) (JBC)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO SUN COAST RESOURCES, INC.** |

**WHEREAS** Plaintiff Ivan Burgos-Torres, individually, Plaintiff Wilfredo Betancourt, individually, (together, "Plaintiffs") and Defendant Sun Coast Resources, Inc. ("Sun Coast") (collectively, the "Parties") have settled Plaintiffs' claims and causes of action asserted against Sun Coast and Defendant Louis Berger Group (Domestic), Inc. ("Louis Berger"),

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiffs and Sun Coast that this action be dismissed with prejudice as to all Plaintiffs' claims and causes of action asserted against Sun Coast and Defendant Louis Berger.

**IT IS FURTHER STIPULATED AND AGREED** that Plaintiffs, Sun Coast and their counsel hereto submit to the jurisdiction of the Court for purposes of interpreting, implementing and enforcing the Parties settlement and all orders and judgments entered in connection therewith, and the Court shall retain jurisdiction for such purposes.

1

| FITAPELLI & SCHAFFER, LLP | FOLEY & LARDNER LLP |
|---|---|
| */s/ Dana M. Cimera* <br> Dana M. Cimera <br> 28 Liberty Street, 30th Floor <br> New York, NY 10005 <br> Telephone: (212) 300-0375 | */s/ Anne B. Sekel* <br> Anne B. Sekel <br> 90 Park Avenue <br> New York, NY 10016 <br> Telephone: (212) 338-3417 |
| *Attorneys for Plaintiffs* <br> *Ivan Burgos-Torres and* <br> *Wilfredo Betancourt* | *Attorneys for Sun Coast* <br> *Resources, Inc.* |

**SO-ORDERED** on this 23rd day of May, 2022,

  /s/ Kevin McNulty
Hon. Kevin McNulty